UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00252 |
| | ) | JUDGE CAMPBELL |
| AHMORE CURTIS | ) | |

ORDER

The pretrial conference and/or change of plea hearing scheduled for June 9, 2014 is RESCHEDULED for June 16, 2014, at 8:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE