UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00252 |
| | ) | JUDGE CAMPBELL |
| AHMORE CURTIS | ) | |

ORDER

Pending before the Court is the Defendant's Notice Of Intent To Change Plea and Motion To Waive Presentence Report And A Separate Sentencing Hearing (Docket No. 55). Through the Motion, the Defendant requests that the Court dispense with preparation of a pre-sentence investigation report ("PSIR") and sentence him immediately after he enters a plea of guilty at the hearing set for June 16, 2014.

The Defendant's change of plea will be heard as scheduled on June 16, 2014. The request to be sentenced at that time is denied. Preparation of the PSIR is vital to consideration of the factors set forth in 18 U.S.C. § 3553. However, the Probation Office is ordered to begin preparation of the PSIR in order to expedite sentencing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE